IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

QUINTON BEASLEY,

         Plaintiff,

    vs.

LEE RYKER, LIEUTENANT STAFFORD,
SHERRY BENTON, PAMELA MORAN,
BILL RISSE, and MS. HASKINSON,

         Defendants.

Case No. 11-cv-459-JPG-PMF

**MEMORANDUM AND ORDER**

This matter comes before the Court on the Report and Recommendation ("R & R") (Doc.

44) of Magistrate Judge Philip M. Frazier recommending that the Court grant defendant Ms.

Haskinson's motion for summary judgment (Doc. 40).

The Court may accept, reject or modify, in whole or in part, the findings or

recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P.

72(b)(3).  The Court must review *de novo* the portions of the report to which objections are

made.  The Court has discretion to conduct a new hearing and may consider the record before the

magistrate judge anew or receive any further evidence deemed necessary.  *Id.*  "If no objection or

only partial objection is made, the district court judge reviews those unobjected portions for clear

error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the R & R.  The Court has reviewed the entire file

and finds that the R & R is not clearly erroneous.  Accordingly, the Court hereby **ADOPTS** the

R & R in its entirety (Doc. 40) and **GRANTS** defendant Ms. Haskinson's motion for summary

judgment (Doc. 40).  Defendant Ms. Haskinson is **DISMISSED** from the case and Count 3 is

**DISMISSED** in its entirety.

**IT IS SO ORDERED.**

**DATED:** January 15, 2013

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
